**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 27 MAL 2020

         Respondent        :

                           :   Petition for Allowance of Appeal

                           :   from the Order of the Superior Court

         v.                    :

                           :

JOHN MAURICE MCDONALD,       :

                           :

         Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.